UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH VENTURES, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-7337** |
| **PLAQUEMINES PARISH COUNCIL, ET AL** | **SECTION: A(1)** |

### JUDGMENT

Pursuant to the Order and Reasons entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Defendants, Carlton LaFrance, Sr., and the Plaquemines Parish Council, and against the Plaintiff, Plaquemines Parish Ventures, LLC as to the claim asserted under 42 U.S.C. § 1983. The remaining state law claims are dismissed without prejudice.

New Orleans, Louisiana, this 9th day of April, 2024.

*[signature]*
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Rec Doc 29